# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

|  |  |
|---|---|
| ROBERT PARTEE and his wife <br> GLENDA PARTEE, <br><br> Plaintiffs, <br><br> v. <br><br> MID-CENTURY INSURANCE COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 2:10-cv-02434-JTF-tmp <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Stipulation of Dismissal, filed on September 16, 2013, this matter is hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge

September 16, 2013                          s/Thomas M. Gould
Date                                         Clerk of Court

                                             s/ Erica M. Evans
                                             (By)  Law Clerk